37235. BOWLES v. SWERTFEGER & SCOTT, P.C.

Judgment of the trial court affirmed without opinion pursuant to Rule 59.

*All the Justices concur.*

DECIDED MAY 19, 1981.

*Benefield, Brown & Taylor, James H. Brown,* for appellant.

*Swertfeger & Scott, William D. Strickland,* for appellee.